1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
3  12 WILLIAMSBURG LANE
   CHICO, CA. 95926
4  (530) 895-3252

5  Attorney for Plaintiff
   JAMES SANFORD

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. 2:05-cv-1330 MCE PAN |
| Plaintiff, | |
| vs. | **Request for Dismissal and Order of KS Enterprises dba Kwik Serv** |
| KS ENTERPRISES dba KWIK SERV; R-KEL, INC. dba KWIK SERV; RICHARD D. KELLEY. | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, James Sanford, hereby requests that the above-captioned action be dismissed without prejudice **as to defendant KS Enterprises dba Kwik Serv ONLY**, and that each party shall bear its own attorneys' fees and costs.

///

///

///

1  Nothing inn this Request for Dismissal shall be construed to affect
2  plaintiff's complaint and claims in the above captioned case against
3  defendants other than defendant **KS Enterprises dba Kwik Serv ONLY**.

5  Dated: January 18, 2006                LAW OFFICES OF LYNN HUBBARD

7                                           /s/ Lynn Hubbard, Esquire                    /
8                                          LYNN HUBBARD, III
                                           Attorney for Plaintiff

IT IS SO ORDERED.

Dated: January 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE