1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  CRIS VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
7  3013 Douglas Boulevard, Suite 240
   Roseville, CA 95661
8  Telephone: (916) 788-1224
   Fax: (916) 788-1159
9
   Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES SANFORD, | Case No. CIV. S-05-01330-MCE-PAN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| R-KEL, INC. dba KWIK SERVE; RICHARD D. KELLEY, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendants, R-KEL, INC. dba KWIK SERVE; RICHARD D. KELLEY, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

///

///

Dated: August 29, 2006                     LAW OFFICES OF LYNN HUBBARD, III

                                         /s/ Lynn Hubbard, III
                                         LYNN HUBBARD, III
                                         Attorney for Plaintiff

Dated: August 28, 2006                     VAUGHAN & ASSOCIATES

                                         /s/ Cris Vaughan
                                         CRIS VAUGHAN
                                         Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01330-MCE-PAN, is hereby dismissed with prejudice.

Dated: August 30, 2006

                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE